## Ex parte ANDY GRANT.

No. A-6053.   Opinion Filed Jan. 19, 1929.
(273 Pac. 1118.)

Walter Mathews, for petitioner.

Edwin Dabney, Atty. Gen., for the State.

PER CURIAM.   This is an original action in habeas corpus.   The state demurred to the petition.   The demurrer was sustained.   The action is dismissed.